UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON HOOKS,<br><br>           Petitioner,<br><br>    v.<br><br>A.K. SCRIBNER, Warden,<br><br>           Respondent. | Case No. CV 05-3814 CJC(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), respondent's objections to the Report and Recommendation ("Respondent's Objections") and petitioner's objections to the Report and Recommendation ("Petitioner's Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules Respondent's Objections and Petitioner's Objections because they lack merit.[1]

---

[1] To the extent petitioner objects to the Magistrate Judge's January 18, 2007 order denying petitioner's application for a subpoena to the Los Angeles Police Department to obtain

(continued...)

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 3, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[1](...continued)
information regarding "Shug" (Petitioner's Objections at 13 n.3), petitioner's objection is also overruled on procedural grounds. Such order constitutes a nondispositive ruling. Pursuant to Local Rule 72-2.1, if petitioner had any objection to such ruling, his remedy was to file a motion for review with this Court within ten (10) days of service of such ruling. He did not do so. His current objection is thus procedurally defective and untimely.